```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00502
    DARREN C JONES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-3114


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 01/11/2007 and was confirmed 03/29/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated    .00% from remaining funds.

    The case was dismissed after confirmation 10/25/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG        .00            .00           .00
WELLS FARGO BANK           MORTGAGE ARRE   17975.67            .00           .00
IL DEPT OF HEALTHCARE &    NOTICE ONLY    NOT FILED            .00           .00
SCHOTTLER & ASSOCIATES     PRIORITY       NOT FILED            .00           .00
AMERICAN ONLINE            NOTICE ONLY    NOT FILED            .00           .00
ELK GROVE VILLAGE          UNSECURED      NOT FILED            .00           .00
ARNOLD SCOTT HARRIS        NOTICE ONLY    NOT FILED            .00           .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED        3615.00            .00           .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED            .00           .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00           .00
CREDIT PROTECTION ASSOC    UNSECURED      NOT FILED            .00           .00
CACH LLC                   UNSECURED       13200.96            .00           .00
ILLINOIS COLLECTION SYST   NOTICE ONLY    NOT FILED            .00           .00
LINEBARGER GOGAN BLAIR &   UNSECURED      NOT FILED            .00           .00
MATEK LAW OFFICES          UNSECURED        8646.46            .00           .00
MCI                        UNSECURED      NOT FILED            .00           .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED            .00           .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED            .00           .00
MIDWESTERN FINANCIAL COR   NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF HOMEWOOD        UNSECURED        1100.00            .00           .00
NATIONAL RECOVERY          UNSECURED      NOT FILED            .00           .00
NICOR GAS                  UNSECURED         293.15            .00           .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY    NOT FILED            .00           .00
BALLYS TOTAL FITNESS       NOTICE ONLY    NOT FILED            .00           .00
SBC                        UNSECURED      NOT FILED            .00           .00
SUBURBAN EMERGENCY PHYSI   UNSECURED      NOT FILED            .00           .00
CITIBANK                   UNSECURED      NOT FILED            .00           .00
TALK AMERICA               NOTICE ONLY    NOT FILED            .00           .00
CREDIT BUREAU ENTERPRISE   NOTICE ONLY    NOT FILED            .00           .00
CITY OF ROLLING MEADOWS    UNSECURED      NOT FILED            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00502 DARREN C JONES
```

```
PEOPLES GAS LIGHT & COKE UNSECURED          867.58              .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED          300.38              .00              .00
MIDWESTERN FINANCIAL COR SECURED NOT I    16827.14              .00              .00
WELLS FARGO BANK NA      NOTICE ONLY     NOT FILED              .00              .00
WELLS FARGO HOME MTG     NOTICE ONLY     NOT FILED              .00              .00
MONTEREY FINANCIAL       SECURED           711.98            20.54            87.87
LASHONDA COLLIER         NOTICE ONLY     NOT FILED              .00              .00
MONTEREY FINANCIAL       UNSECURED          711.99              .00              .00
KEITH S SHINDLER         UNSECURED         1756.44              .00              .00
RESCAP MORTGAGE          NOTICE ONLY     NOT FILED              .00              .00
RESCAP MORTGAGE          SECURED NOT I        .00              .00              .00
ARONSON FURNITURE        SECURED NOT I        .00              .00              .00
ARONSON FURNITURE        UNSECURED       NOT FILED              .00              .00
FREEDMAN ANSELMO LINDBER NOTICE ONLY     NOT FILED              .00              .00
SCHOTTLER & ASSOCIATES   DEBTOR ATTY      2,500.00                         2,375.93
TOM VAUGHN               TRUSTEE                                             175.66
DEBTOR REFUND            REFUND                                                 .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 2,660.00

PRIORITY                                                 .00
SECURED                                                87.87
    INTEREST                                           20.54
UNSECURED                                                .00
ADMINISTRATIVE                                       2,375.93
TRUSTEE COMPENSATION                                   175.66
DEBTOR REFUND                                            .00
                       ---------------       ---------------
TOTALS                  2,660.00              2,660.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```